# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

IN RE: Jacqueline F McWilliams           )           Chapter 13
                                         )           Case No. 09 B 32359
   Debtor(s)                             )           Judge Timothy A Barnes

## Notice of Motion/Certificate of Service

Jacqueline F McWilliams                              Debtor Attorney: Ernesto D Borges Jr Esq
8350 S 86th Ave                                      via Clerk's ECF noticing procedures
#111
Justice, IL  60458

On July 07, 2014 at 9:30AM, I will appear at the location listed to the right, and present this motion, a copy which is hereby served upon you.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, June 25, 2014.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss for Material Default

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c), and in support thereof respectfully states the following:

1. The Debtor filed for Chapter 13 relief on August 31, 2009.
2. The Debtor's plan was Confirmed on October 14, 2009.
3. The Debtor's confirmed plan requires the debtor to submit tax returns and refunds to the Trustee starting with tax year 2009.
4. The Debtor has failed to tender either the tax return or refund.
5. The failure to tender the refund and return constitutes a material default of the Debtor's confirmed plan.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

Office of the Chapter 13 Trustee                     /s/ MARILYN O. MARSHALL
224 S Michigan Ave                                   MARILYN O. MARSHALL, TRUSTEE
Ste 800
Chicago, IL  60604
(312) 431-1300